[No. 2215.]

PATRICK ET AL. v. MORROW.

**Appellate Practice—Judgment in Favor of Appellant—Bills and Notes.**

Where action was brought upon a promissory note with a prayer to have it declared a lien upon real estate and plaintiff recovered personal judgment on the note but the other relief prayed for was denied, the final judgment was in plaintiff's favor and he is not entitled to an appeal therefrom but may have the same reviewed in the court of appeals by writ of error, and where an appeal was taken by plaintiff from such judgment to the court of appeals it will be dismissed and redocketed on error.

*Appeal from the District Court of Pueblo County.*

Mr. C. S. ESSEX, for appellants.

WILSON, P. J.

Appellants as plaintiffs brought suit to recover on a promissory note of which the defendant was maker, and of which they were payees. Judgment was prayed upon the note, and also that such judgment be decreed a lien upon certain real estate belonging to defendant, and that such lien be enforced. Personal judgment was rendered against defendant for the amount of the note with interest and costs, but the other relief prayed for was denied. Plaintiffs did not secure all of the relief demanded by them, but the final judgment that was rendered was unquestionably in their favor. In such case an appeal by them will not lie. If they, as the prevailing party, are dissatisfied with the judgment rendered, they can have it reviewed in the appellate court only by writ of error.—*Bogert et al. v. Adams et al.*, 5 Colo. App. 510; *Booth v. Water Co.*, 9 Colo. App. 496; *Colorado Fuel & Iron Co. v. Knudson, post* 383; *Hall v. Pay Rock C. M. Co.*, 6 Colo. 81; *Harvey v. Ins. Co.*, 18 Colo. 356; *Fischer v. Hanna*, 21 Colo. 13.

The appeal must be dismissed, but as it appears that this court would have jurisdiction to review the judgment if it were here by writ of error, it is ordered as provided by statute that the clerk docket the cause on error.                    *Appeal dismissed.*